JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY GUTIERREZ, | ) | No. CV 10-09970-AHM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERNANDO GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 16, 2012

A. HOWARD MATZ
SENIOR UNITED STATES DISTRICT JUDGE